IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01646-PAB-MJW

GEORGE SISNEROS,

Plaintiff(s),

v.

COUNTY OF PUEBLO, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulation for Extension of Time to Respond to Plaintiff's First Amended Complaint (docket no. 40) is GRANTED.  Defendant Oreskovich shall have up to and including September 28, 2009, in which to respond to the First Amended Complaint.

Date:  September 4, 2009