IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01646-PAB-MJW

GEORGE SISNEROS,

Plaintiff(s),

v.

COUNTY OF PUEBLO, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants City of Pueblo, James W. Billings, Jr. and Ronald M. Oreskovich's Motion for Entry of Stipulation and Protective Order (docket no. 66) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 66-2) is APPROVED and made an Order of Court.

Date:  November 3, 2009