# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09CV01646 PAB-MJW

GEORGE SISNEROS,
Plaintiff,

v.

COUNTY OF PUEBLO,
OFFICE OF PUEBLO COUNTY SHERIFF,
KIRK M. TAYLOR, PUEBLO COUNTY SHERIFF,
PUEBLO COUNTY SHERIFF'S DETENTION CENTER,
JOHN/JANE DOE deputies and employees (to be later specifically
identified) of Pueblo County Sheriff and Detention Center,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.
a Corporation authorized to conduct business in the State of Colorado,
JOHN DOE (to be later specifically identified), individually,
and in his capacity as an agent or employee of
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
JANE DOE (to be later specifically identified), individually,
and in her capacity as an agent or employee of
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
JOHN/JANE DOE physicians and medical treatment providers
(to be later specifically identified) at the Pueblo County Sheriff's Detention Center,
CITY OF PUEBLO,
PUEBLO POLICE DEPARTMENT,
JAMES W. BILLINGS, JR., CHIEF OF POLICE OF PUEBLO,
OFFICER RONALD M. ORESKOVICH,
CENTURA HEALTH/ST. MARY-CORWIN
HOSPITAL OF PUEBLO, COLORADO,
PETER ELLIOTT, M.D., and
JOHN/JANE DOE physicians and medical treatment providers
(to be later specifically identified) at St. Mary-Corwin Hospital,
Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT
( Docket p. 65 )

THIS MATTER coming before the Court on Plaintiff's Motion to Amend First Amended Complaint, and the Court being fully advised in the premises,

1

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend First Amended Complaint is GRANTED, and that the date this Order is entered shall be considered the date of filing of the Plaintiff's Second Amended Complaint.

ENTERED this 30th day of November, 2009.

BY THE COURT:

By: /s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO