IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01646-PAB-MJW

GEORGE SISNEROS,

    Plaintiff,

v.

COUNTY OF PUEBLO,
OFFICE OF PUEBLO COUNTY SHERIFF,
KIRK M. TAYLOR, PUEBLO COUNTY SHERIFF,
PUEBLO COUNTY SHERIFF'S DETENTION CENTER,
JOHN/JANE DOE deputies and employees (to be later specifically identified) of Pueblo County Sheriff and Detention Center,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC., a Corporation authorized to conduct business in the State of Colorado,
JOHN DOE (to be later specifically identified), individually, and in his capacity as an agent or employee of CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
JANE DOE (to be later specifically identified), individually, and in his capacity as an agent or employee of CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
JOHN/JANE DOE physicians and medical treatment providers (to be later specifically identified) at the Pueblo County Sheriff's Detention Center,
CITY OF PUEBLO, by and through its Police Department,
JAMES W. BILLINGS, JR., CHIEF OF POLICE OF PUEBLO,
OFFICER RONALD M. ORESKOVICH,
CENTURA HEALTH/ST. MARY-CORWIN HOSPITAL OF PUEBLO, COLORADO,
PETER ELLIOTT, M.D., and
JOHN/JANE DOE physicians and medical treatment providers (to be later specifically identified) at St. Mary-Corwin Hospital,

    Defendants.

---

**ORDER RE: JOINT MOTION TO AMEND THE SCHEDULING ORDER RE: DEPOSITIONS** ( Docket No 146 )

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

This matter is before the Court on Defendant Correctional Healthcare

Management, Inc.'s Joint Motion to Amend the Scheduling Order Re: Depositions ("the

Motion"); and the Court being fully advised,

IT IS HEREBY **ORDERED** that the Motion [Doc. #146] is **GRANTED**. The Scheduling Order is hereby amended to permit Plaintiff to conduct the following depositions, in addition to those already conducted as of May 19, 2010:

(1) Lisa Carpenter, CHM

(2) Edie Trotti, CHM

(3) Travis Waters, CHM

(4) Deputy Sheriff Joshua Rude

(5) Deputy Sheriff Joshua Ragan

(6) Lori White, CHM

(7) Deputy Sheriff Brad Riccillo

(8) Deputy Sheriff Troy Hudran

(9) Deputy Sheriff Sharon Ghilarducci

(10) Deputy Sheriff Ricardo Perez

(11) Andrew Bussell, St. Mary-Corwin

(12) Darrell Beck, St. Mary-Corwin

(13) Norma Mower, CHM

(14) Dr. Louis Cabiling, CHM

(15) Pueblo Police Officer Nick Martinez

(16) IA Investigator Richard Van Zandt

In addition, the Scheduling Order is hereby amended to permit Plaintiff to conduct the two (2) of the following depositions, in addition to those already conducted as of May 19, 2010:

(1)   Deputy Sheriff Kathy Mora

(2)   Deputy Sheriff Keith Ervin

(3)   Deputy Sheriff Hysyulien

(4)   Deputy Sheriff Zittel

(5)   Sue Calderon, Sheriff's Department

Plaintiff shall not be permitted to conduct any further depositions, excluding expert depositions and treating providers, unless the parties agree or pursuant to a determination by this Court.

Dated: May 21, 2010

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO