IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01646-PAB-MJW

GEORGE SISNEROS,

Plaintiff,

v.

COUNTY OF PUEBLO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendants City of Pueblo, James W. Billings, Jr., and Ronald M. Oreskvich's Motion to Stay Discovery Based Upon Qualified Immunity (docket no. 136) is **GRANTED** consistent with Cummins v. Campbell, 44 F.3d 847, 851 (10th Cir. 1994)(*citing* Harlow v. Fitzgerald, 457 U.S. 800, 817-18 (1982); Workman v. Jordan, 958 F.2d 332, 335-36 (10th Cir. 1992) *cert denied*, 514 U.S. 1015 (1995). Plaintiff does not oppose this motion. *See* docket no. 151. The Pueblo Sheriff Defendants do not oppose this motion. *See* docket no. 150.

It is **FURTHER ORDERED** that all discovery is **STAYED** until ruling by Judge Brimmer on Defendant Oreskovich's Motion for Summary Judgment Asserting Defense of Qualified Immunity (docket no. 139) or until further Order of Court. All deadlines in the Scheduling Order are **VACATED.** Magistrate Judge Watanabe will conduct a new Rule 16 Scheduling Conference following ruling by Judge Brimmer on docket no. 139.

It is **FURTHER ORDERED** that the parties shall file a joint written status report with the on court on the first business day of each month beginning August 2, 2010, as to the status of Defendant Oreskovich's Motion for Summary Judgment Asserting Defense of Qualified Immunity (docket no. 139).

Date: June 2, 2010