IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01646-PAB-MJW

GEORGE SISNEROS,

Plaintiff(s),

v.

OFFICE OF PUEBLO COUNTY SHERIFF, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Unopposed Motion to Amend Defendants' Joint Motion to Strike Plaintiff's Fed.R.Civ.P. 26(a)(2) Witness Patricia Pacey, Ph.D. Pursuant to Fed.R.Civ.P. 37(c), DN 196, filed with the Court on May 10, 2011, is GRANTED as set forth in the subject motion, Page 2, Paragraph 4.

Date: May 12, 2011