IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01646-PAB-MJW

GEORGE SISNEROS,

    Plaintiff,

v.

OFFICE OF PUEBLO COUNTY SHERIFF, et al.,

    Defendants.

## ORDER

This matter is before the Court on the stipulated motions to dismiss with prejudice [Docket Nos. 215, 216] all claims against defendants Catholic Health Initiative Colorado, doing business as St. Mary-Corwin Regional Medical Center, and Correctional Healthcare Management, Inc. By order dated June 8, 2011, the Court declined to exercise supplemental jurisdiction over the remaining claims in this action, all of which arose under state law, and dismissed those claims without prejudice. *See* Docket No. 203. Final judgment entered in favor of defendants and against plaintiff on June 10, 2011. *See* Docket No. 205. Therefore, it is

**ORDERED** that the stipulated motions to dismiss with prejudice [Docket Nos. 215, 216] are DENIED as moot.

DATED July 21, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge