IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01646-PAB-MJW

GEORGE SISNEROS,

    Plaintiff,

v.

OFFICE OF PUEBLO COUNTY SHERIFF, et al.,

    Defendants.

## **ORDER**

    This matter is before the Court on the stipulated motion to dismiss with prejudice [Docket No. 221] all claims against defendant Peter Elliott, M.D.  By order dated June 8, 2011, the Court declined to exercise supplemental jurisdiction over the remaining claims in this action, all of which arose under state law, and dismissed those claims without prejudice.  *See* Docket No. 203.  Final judgment entered in favor of defendants and against plaintiff on June 10, 2011.  *See* Docket No. 205.  Therefore, it is

    **ORDERED** that the stipulated motion to dismiss with prejudice [Docket No. 221] is DENIED as moot.

    DATED July 26, 2011.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge